

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-16-00758-CV

Jerome **DRAGON,** Jr. and Patricia G. Dragon,
Appellant

v.

Joseph Russell **TRIAL** and Michael Leo Trial,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-07-00169-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellees' motion for extension of time to file their brief is GRANTED. Time is extended to May 12, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_____
Keith E. Hottle
Clerk of Court